**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHMOUD MOHAMED,

    Plaintiff,

  v.

JOHN POTTER,

    Defendant.

No. C 05-02194 CRB

**ORDER**

This action for employment discrimination and retaliation arises out of nine separate complaints that Plaintiff Mahmoud Mohamed ("Plaintiff") made to the Equal Employment Opportunity Commission between 1996 and 1999 against his employer, the United States Postal Service ("Defendant").

Plaintiff filed his complaint in May of 2005. Thereafter, the parties engaged in protracted discovery. At a status conference in June of 2006, this Court set a hearing date of September 2006 for any dispositive summary judgment that Defendant may wish to file. Discovery disputes compelled the postponement of that hearing until January of 2007, and then again until May of 2007. On April 6, 2007, Defendant filed a voluminous motion for summary judgment, which is currently scheduled to be heard on May 11, 2007. The papers in support of Defendant's motion comprise 19 volumes and more than 8,600 pages. Plaintiff now seeks additional time to respond to the motion, which the government opposes.

1   The Court finds it appropriate to give Plaintiff, who is not a native English speaker
2 and who is proceeding *pro se* in this matter, additional time to comb through the thousands of
3 pages of discovery produced by Defendant.  The Court recognizes that many of these
4 thousands of pages should already be familiar to Plaintiff, who was responsible for
5 generating many of these materials through the nine complaints he filed before the EEOC,
6 and who is familiar with the subject matter of these materials through his participation in
7 those proceedings.  Nonetheless, to afford Plaintiff an adequate opportunity to address the
8 legal issues raised in Defendant's motion and to permit him an opportunity to develop a
9 complete response to the arguments presented therein, the Court hereby GRANTS Plaintiff's
10 request for additional time to file his opposition.

11   Plaintiff shall file his opposition not later than Friday, June 1, 2007.  Defendant shall
12 file his reply not later than Friday, June 15, 2007.  The motion for summary judgment will be
13 heard on Friday, June 22, 2007, at 10:00 a.m.

14   **IT IS SO ORDERED.**

17 Dated: May 1, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2194\order1.wpd                    2