IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED,<br>    Plaintiff,<br>  v.<br>JOHN POTTER,<br>    Defendant.               / | No. C 05-02194 CRB<br><br>**ORDER** |

The Court has received Plaintiff's request to strike Defendant's pending motion for summary judgment. Plaintiff contends that Defendant's motion contains "egregious errors," portrays the case in a "confusing" manner, and "distorts . . . the facts to its own advantage and offers many mistruths and outright falsehoods." Request at 1-2. The Court makes no decision here about the truth of the representations in Defendant's motion. If indeed it does contain inaccurate statements or mischaracterizations, then Plaintiff has an opportunity to correct such errors and submit his view of the case in an opposition to the motion. To the extent that Defendant's motion neglects to attach relevant information or to cite to significant portions of the record, Plaintiff can remedy these defects in his opposition, too.

A motion for summary judgment is, by its nature, only one party's view of the case. It is an argument by one party about the legal implications of the record. The fact that an adversary considers a summary judgment motion inaccurate, or even false, is not a sufficient

1  reason to strike it.  If the law were otherwise, the Court would need to strike *every* summary
2  judgment motion – adversaries rarely agree about the legal implications of the record, and if
3  they do, then motions for summary judgment are unnecessary.  For this reason, Plaintiff's
4  request to strike the summary judgment motion is DENIED.  Plaintiff shall file his opposition
5  to the motion, as scheduled, not later than August 24, 2007.

**IT IS SO ORDERED.**

Dated: July 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2194\order4.wpd            2