IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED, | No. C 05-02194 CRB |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| JOHN POTTER, | |
|     Defendant. | |

The Court having granted defendant's motion for summary judgment, judgment is entered in favor of defendant and against plaintiff Mahmoud Mohamed.

**IT IS SO ORDERED.**

Dated: October 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE