IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN POTTER,<br><br>    Defendant._____/ | No. C 05-02194 CRB<br><br>**ORDER** |

Plaintiff Mahmoud Mohamed has filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), and has requested an extension of the deadline date within which to appeal this Court's summary judgment order of October 23, 2007.

The motion for relief from judgment is DENIED because the plaintiff has forwarded no reason justifying relief from the operation of the judgment. See Fed. R. Civ. P. 60(b).

The defendant is an officer of the United States; accordingly, the plaintiff may file a notice of appeal "within 60 days after the judgment or order appealed from is entered." Fed. R. App. P. 4(a)(1)(B). Because there remains sufficient time to file a timely notice of appeal, the plaintiff's motion for an extension is DENIED.

**IT IS SO ORDERED.**

Dated: November 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE