IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD MOHAMED, | No. C 05-02194 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN POTTER, | |
| Defendant. | |

Plaintiff's motion for an extension of time to file an opposition to defendant's motion to relate case 07-3306 is GRANTED. The plaintiff is ordered to file his opposition by Friday, January 11, 2008.

The plaintiff's motion for recusal/disqualification on the basis of bias is DENIED. Plaintiff's assertion that the Court has subjected him to "biased" treatment is baseless. Whether the Court has indeed subjected the plaintiff to "inferior" treatment will be for the Ninth Circuit Court of Appeals to decide.

**IT IS SO ORDERED.**

Dated: December 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE